1  MARK R.S. FOSTER (SBN 223682)
   mark.foster@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 UNIVERSITY AVE.
3  Palo Alto, California 94301
   Telephone: (650) 470-4500
4  Facsimile:  (650) 470-4570

5  PETER B. MORRISON (SBN 230148)
   peter.morrison@skadden.com
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
7  Los Angeles, California 90071
   Telephone: (213) 687-5000
8  Facsimile:  (213) 687-5600

9  *Attorneys for Defendants Scott W. H. Seu, Thomas
   B. Fargo, Celeste A. Connors, Elisia K. Flores,*
10 *Peggy Y. Fowler, Micah A. Kane, Yoko Otani,
   Richard J. Dahl, Keith P. Russell, Michael J.*
11 *Kennedy, William James Scilacci, Jr., Eva T.
   Zlotnicka, Mary G. Powell, Constance H. Lau,*
12 *Paul K. Ito, Gregory C. Hazelton, James K. Scott,
   Kevin H. Taketa and Jeffrey N. Watanabe and*
13 *Nominal Defendant Hawaiian Electric Industries,
   Inc.*

14 *[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE HAWAIIAN ELECTRIC INDUSTRIES, INC. and HAWAIIAN ELECTRIC COMPANY, INC. DERIVATIVE LITIGATION | Case No. 3:23-cv-06627-JSC<br><br>**DERIVATIVE ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE NOVEMBER 7, 2024 HEARING IN LIGHT OF MEDIATION**<br><br>Honorable Jacqueline Scott Corley |

Pursuant to Civil Local Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule"), plaintiffs Patrick Kallaus ("Kallaus"), Michael Cole ("Cole"), and Alexander Tai ("Tai," and together with Kallaus and Cole, "Plaintiffs") in the above-captioned action (the "Consolidated Derivative Action"); defendants Timothy E. Johns, James A. Ajello, Scott W. H. Seu, Thomas B. Fargo, Celeste A. Connors, Elisia K. Flores, Peggy Y. Fowler, Micah A. Kāne, Yoko Otani, Richard J. Dahl, Keith P. Russell, Michael J. Kennedy, William James Scilacci, Jr., Mary E. Kipp, Alana K. Pakkala, Toby B. Taniguchi, Kevin M. Burke, Eva T. Zlotnicka, Mary G. Powell, Constance H. Lau, Paul K. Ito, Gregory C. Hazelton, Shelee M. T. Kimura, Tayne S. Y. Sekimura, James K. Scott, Kevin H. Taketa, and Jeffrey N. Watanabe (collectively, the "Individual Defendants"); nominal parties Hawaiian Electric Industries, Inc. ("HEI") and Hawaiian Electric Company, Inc. ("HECO," and together with HEI and the Individual Defendants, "Defendants"); and Proposed Intervenors George Assad, Robert Faris, and Christina Rice (together with Plaintiffs and Defendants, the "Parties"), hereby agree and stipulate subject to the terms below that good cause exists to request an order from the Court adjourning the oral arguments scheduled for November 7, 2024, to enable the Parties to conduct settlement negotiations.

A.   On March 19, 2024, the Court entered an order to consolidate *Kallaus v. Johns, et al.*, No. 3:23-cv-06627-JSC (N.D. Cal.), *Cole v. Johns, et al.*, No. 3:24-cv-00598-JSC (N.D. Cal.), and *Tai v. Seu, et al.*, No. 3:24-cv-01198-JSC (N.D. Cal.) into the above-captioned action. (ECF No. 17)

B.   On July 8, 2024, HEI filed a motion to dismiss, or in the alternative, stay this case. (ECF Nos. 29-30.)

C.   On September 11, 2023, Christina Rice, filed a shareholder derivative action regarding the 2023 Maui wildfires, captioned *Rice v. Connors*, No. 1CCV-23-0001181 (DEO) (Haw. 1st Cir. Ct.) in Hawai'i state court.

D.   On October 4, 2023 Plaintiff George Assad issued a litigation demand pursuant to HRS §414-173 to the HEI Board of Directors regarding the 2023 Maui wildfires.

E.   On January 8, 2024 Plaintiff Robert Faris issued a litigation demand pursuant to HRS §414-173 to the HEI Board of Directors regarding the 2023 Maui wildfires.

F.  On April 8, 2024, Plaintiff George Assad filed a shareholder derivative action on behalf of HEI in the United States District Court for the District of Hawaiʻi after determining that his October 4, 2023 litigation demand was wrongfully refused.

G.  On June 8, 2024, Plaintiff Robert Faris filed a factually-related shareholder derivative action on behalf of HEI in the District of Hawaiʻi after determining that his January 8, 2024 litigation demand pursuant to HRS §414-173 was wrongfully refused.

H.  On July 3, 2024, the Hawaiʻi District Court consolidated the Assad and Faris Actions and appointed the law firms of Robbins LLP and Robbins Geller Rudman & Dowd LLP as Co-Lead Counsel and the Law Office of Carl M. Varady as Liaison Counsel.

I.  On August 15, 2024, Plaintiffs Assad and Faris filed a materially similar Verified Consolidated Shareholder Derivative Complaint for Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment, captioned *In re Hawaiian Electric Industries, Inc., Stockholder Derivative Litigation*, Lead Case No.: 1:24-CV-00164-MWJS-WRP, in the Federal Court for the District of Hawaiʻi.

J.  On August 8, 2024, Hawaiʻi federal court Plaintiffs George Assad and Robert Faris filed a motion to intervene and to dismiss or stay in this action. (ECF No. 39.)

K.  On September 12, 2024, Hawaiʻi state court Plaintiff Christina Rice filed a similar motion to intervene and to dismiss or stay in this action. (ECF No. 48.)

L.  Oral argument on each of the above motions is currently scheduled for November 7, 2024.

M.  The Parties have agreed to conduct a mediation before David M. Murphy of Philips ADR Enterprises. (https://phillipsadr.com/our-team/david-m-murphy/.) The Parties are in the process of scheduling mediation sessions at the end of December, 2024 or January, 2025. At the present time, the Parties are working towards coordinating schedules among counsel, party representatives, and insurance carriers, which is why a date certain has not yet been set.

N. The Parties believe that continuing the scheduled oral arguments to January 30, 2025 will facilitate a productive mediation and will also best serve the interests of judicial economy and efficiency, for both the Court and the Parties.

NOW, THEREFORE, the Parties stipulate and agree, subject to approval of the Court, as follows:

1. The hearing on the pending motions currently scheduled for November 7, 2024 shall be continued to January 30, 2025.

2. Once the parties identify a date for the mediation in late December of January, the parties shall file a status report alerting the Court of the date selected for mediation.

3. Within three business days of the mediation's completion, the parties shall file a status report informing the Court of the mediation's outcome.

4. This stipulation shall be without prejudice to or waiver of any Parties' claims, rights, defenses, and arguments.

IT IS SO STIPULATED.

DATED: November 4, 2024

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/] Mark R.S. Foster*
     Mark R.S. Foster

*Attorneys for Defendants Scott W. H. Seu, Thomas B. Fargo, Celeste A. Connors, Elisia K. Flores, Peggy Y. Fowler, Micah A. Kane, Yoko Otani, Richard J. Dahl, Keith P. Russell, Michael J. Kennedy, William James Scilacci, Jr., Eva T. Zlotnicka, Mary G. Powell, Constance H. Lau, Paul K. Ito, Gregory C. Hazelton, James K. Scott, Kevin H. Taketa and Jeffrey N. Wanabe and Nominal Defendant Hawaiian Electric Industries, Inc.*

DATED: November 4, 2024

ALLEN OVERY SHEARMAN STERLING US LLP

By: */s/ Daniel H.R. Laguardia*
     Daniel H.R. Laguardia (SBN 314654)
     140 New Montgomery Street
     San Francisco, CA 94105

|   |   |
|---|---|
| 1 | Adam S. Hakki (pro hac vice forthcoming) |
| 2 | 599 Lexington Avenue |
|   | New York, New York 10022 |
|   | Telephone:  (212) 848-4000 |

*Attorneys for Defendants Timothy E. Johns, James A. Ajello, Mary E. Kipp, Alana K. Pakkala, Toby B. Taniguchi, Kevin M. Burke, Shelee M. T. Kimura, Tayne S. Y. Sekimura, and Nominal Defendant Hawaiian Electric Company, Inc.*

DATED:  November 4, 2024

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By:  */s/ Betsy C. Manifold*
     Betsy C. Manifold (SBN 182450)
     Alex J. Tramontano (SBN 276666)
     750 B Street, Suite 1820
     San Diego, California 92101
     Telephone:  (619) 239-4599

GAINEY McKENNA & EGLESTON
Gregory M. Egleston (pro hac vice forthcoming)
501 Fifth Avenue, 19th Fl.
New York, New York 10017
Phone:  (212) 983-1300

*Attorneys for Plaintiff Patrick Kallaus*

DATED:  November 4, 2024

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By:  */s/ Betsy C. Manifold*
     Betsy C. Manifold (SBN 182450)
     Alex J. Tramontano (SBN 276666)
     750 B Street, Suite 1820
     San Diego, California 92101
     Telephone:  (619) 239-4599

RIGRODSKY LAW, P.A.
Seth D. Rigrodsky (pro hac vice forthcoming)
Timothy J. MacFall (pro hac vice forthcoming)
Gina M. Serra (pro hac vice forthcoming)
Vincent A. Licata (pro hac vice forthcoming)
Samir Aougab (pro hac vice forthcoming)
825 East Gate Boulevard, Suite 300
Garden City, New York 11530
Telephone:  (516) 683-3516

GRABAR LAW OFFICE
Joshua H. Grabar (pro hac vice forthcoming)
One Liberty Place

|   |   |
|---|---|
|   | 1650 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103<br>Telephone:  267-507-6085 |
|   | *Attorneys for Plaintiff Michael Cole* |
| DATED:  November 4, 2024 | THE ROSEN LAW FIRM, P.A. |
|   | By: */s/ Laurence M. Rosen*<br>Laurence M. Rosen, Esq. (SBN 219683)<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, California 90071<br>Telephone: (213) 785-2610 |
|   | *Attorneys for Plaintiff Alexander Tai* |
| DATED:  November 4, 2024 | ROBBINS GELLER RUDMAN & DOWD LLP |
|   | By: */s/ Travis E. Downs III*<br>Travis E. Downs III (SBN 148274)<br>Randall J. Baron (SBN 150796)<br>Benny C. Goodman III (SBN 211302)<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone:  619-231-1058 |
|   | CARL M. VARADY<br>Pauahi Tower<br>1003 Bishop Street, Suite 1730<br>Honolulu, Hawaii 96813<br>Telephone:  808-523-8447 |
|   | ROBBINS LLP<br>Brian J. Robbins<br>Gregory E. Del Gaizo<br>Ashley R. Rifkin<br>Jacob W. Ogbozo<br>5060 Shoreham Place, Suite 300<br>San Diego, California 92122<br>Telephone:  619-525-3990 |
|   | RM LAW, P.C.<br>Richard A. Maniskas<br>1055 Westlakes Drive, Suite 300<br>Berwyn, Pennsylvania 19312<br>Telephone:  484-324-6800 |
|   | *Attorneys for Proposed Intervenors<br>George Assad and Robert Faris* |

DATED: November 4, 2024

BOTTINI & BOTTINI, INC.

By: */s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001

*Attorneys for Proposed Intervenor Christina Rice*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

DATED: November 4, 2024

By: */s/ Mark R.S. Foster*
Mark R.S. Foster

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED: November ___, 2024

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE